

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00478-CV

Aaron **HOYTE** and Isaiah Archibald,
Appellants

v.

**FKH SFR L, L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV05128
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellants.

SIGNED September 24, 2025.

_____
Lori I. Valenzuela, Justice